**Order entered July 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00042-CV

### FIRST OVILLA, Appellant

### V.

### JOHN PRIMM, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01696-A**

## ORDER

Before the Court is appellee John Primm's July 29, 2019 second motion for an extension of time to file a brief on the merits. We **GRANT** the motion and extend the time to **August 19, 2019**. We caution appellee that further requests for extension will be disfavored.

/s/     BILL WHITEHILL
        JUSTICE